**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>JOHN DOE a/k/a ALFREDO RIOS,<br>a/k/a ALFREDO RIOS PEREZ,<br>a/k/a ALFREDO RODRIQUEZ RIOS,<br>a/k/a ALFREDO RODRIQUEZ,<br>a/k/a OBED RIVERA,<br><br>**Defendant** | NO. 5: 07-MJ-06-02 (CWH)<br><br>REMOVAL PROCEEDINGS<br>FROM THE MIDDLE DISTRICT OF ALABAMA<br>Case No. 2:06cr233-MHT |

### ORDER OF DETENTION AND REMOVAL

The above-named defendant is charged in an INDICTMENT with violation of 18 U.S.C. §751(a), alleged to have been committed in the **MIDDLE DISTRICT OF ALABAMA**.

**BRIEF DESCRIPTION OF CHARGE:**

ESCAPE from MAXWELL FEDERAL PRISON CAMP, ALABAMA, on or about September 21, 2006.

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant

☐ has been established by clear and convincing evidence

☒ has been admitted by the defendant.

The court further finds that release from custody is not appropriate, there being probable cause to believe that the defendant escaped from federal custody while under a sentence of incarceration. He is therefore ordered DETAINED pending further proceedings in the Middle District of Alabama.

ACCORDINGLY, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him, all proceedings in this district required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 7th day of JUNE, 2007.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**